UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  KEVIN LAROY RUSSELL

       DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51703 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1, Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381-4609

Court Claim No. 6

Date of Notice of Post-Petition Mortgage Fees/Expenses:  April 04, 2025

Amount of Post-Petition Mortgage Fees/Expenses:  $117.86

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

                                                                    /s/ *David Rawlings*
                                                                    David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

    I, David Rawlings, do hereby certify that on April 10, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

KEVIN LAROY RUSSELL
649 Piave Church Rd
Richton, MS 39476

WILMINGTON SAVINGS FUND SOCIETY, FSB
FAY SERVICING, LLC
PO BOX 814609
DALLAS, TX 75381-4609

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE