# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kevin Laroy Russell, Debtor                    Case No. 24-51703-KMS
                                                          **CHAPTER 13**

## **NOTICE**

The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: May 21, 2025          Signature:    /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer A Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          PO Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Kevin Laroy Russell, Debtor                    Case No. 24-51703-KMS
                                                                                    CHAPTER 13

**SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtor, and files this *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On November 26, 2024, Debtor filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtor herein did not provide a retainer.

4. Throughout our representation of the Debtor herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The Court previously approved compensation in the amount of $2,329.55 (Dk. #17).

6. The chapter 13 Trustee has disbursed $562.29 on this claim as of May 14, 2025.

7. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,697.50 and expenses in the amount of $47.46 for a total of $1,744.96. A detailed accounting of which is attached hereto as Exhibit "A".

8. This is the Applicant's Second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from January 1, 2025 to May 14, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KEVIN LAROY RUSSELL | CASE NO: 24-51703-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/21/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KEVIN LAROY RUSSELL | CASE NO: 24-51703-KMS<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/21/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        WILMINGTON SAVINGS FUND SOCIETY  FSB    WILMINGTON SAVINGS FUND SOCIETY  FSB
NCRS ADDRESS DOWNLOAD                   DBA C                                   DBA C
CASE 24-51703-KMS                       FAY SERVICING  LLC                      CO MCCALLA RAYMER LEIBERT PIERCE  LLC
SOUTHERN DISTRICT OF MISSISSIPPI        PO BOX 814609                           BANKRUPTCY DEPARTMENT
WED MAY 21 9-16-23 PST 2025             DALLAS  TX 75381-4609                   1544 OLD ALABAMA ROAD
                                                                                ROSWLLL  GA 30076 UNITED STATES 30076
                                                                                -2102


EXCLUDE

US BANKRUPTCY COURT                     ASSET ACCEPTANCE  LLC                   (P)CMB FINANCIAL SERVICES INC
DAN M RUSSELL  JR US COURTHOUSE         PO BOX 2036                             PO BOX 1731
2012 15TH STREET  SUITE 244             WARREN  MI 48090-2036                   HATTIESBURG MS 39403-1731
GULFPORT  MS 39501-2036




CAPITAL ONE                             COUCH  CONVILLE  BLIT                   CREDIT ONE BANK
ATTN BANKRUPTCY                         1301 W PINE ST                          6801 CIMARRON RD
PO BOX 30285                            HATTIESBURG  MS 39401-6339              LAS VEGAS  NV 89113-2273
SALT LAKE CITY  UT 84130-0285




(P)FAY SERVICING  LLC                   GULFCO OF MISSISSIPPI  LLC              (P)MCCALLA RAYMER LEIBERT PIERCE  LLC
P O BOX 814609                          PO BOX 320001                           ATTN ATTN WENDY REISS
DALLAS TX 75381-4609                    FLOWOOD  MS 39232-0001                  1544 OLD ALABAMA ROAD
                                                                                ROSWELL GA 30076-2102




LVNV FUNDING  LLC                       ONE MAIN FINANCIAL                      ONEMAIN FINANCIAL GROUP  LLC
RESURGENT CAPITAL SERVICES              ATTN BANKRUPTCY                         PO BOX 3251
PO BOX 10587                            PO BOX 3251                             EVANSVILLE  IN 47731-3251
GREENVILLE  SC 29603-0587               EVANSVILLE  IN 47731-3251




(P)PORTFOLIO RECOVERY ASSOCIATES LLC    TAMMY HINTON                            THE STARK AGENCY
PO BOX 41067                            34 MURDOCK RD                           ATTN BANKRUPTCY
NORFOLK VA 23541-1067                   RICHTON  MS 39476                       PO BOX 45710
                                                                                MADISON  WI 53744-5710



                                        EXCLUDE
(P)TOWER LOAN                           UNITED STATES TRUSTEE                   VERIZON
P O BOX 320001                          501 EAST COURT STREET                   BY AIS INFOSOURCE LP AS AGENT
FLOWOOD MS 39232-0001                   SUITE 6-430                             4515 N SANTA FE AVE
                                        JACKSON  MS 39201-5022                  OKLAHOMA CITY  OK 73118-7901



                                        EXCLUDE                                 DEBTOR
WILMINGTON SAVINGS FUND SOCIETY  FSB    (P)DAVID RAWLINGS                       KEVIN LAROY RUSSELL
DBA                                     ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  649 PIAVE CHURCH RD
CHRISTIANA TRUST  NOT IN ITS INDIVIDUAL PO BOX 566                              RICHTON  MS 39476-7846
FAY SERVICING  LLC                      HATTIESBURG MS 39403-0566
PO BOX 814609
DALLAS  TX 75381-4609


EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```