

# INVOICE

Invoice # 7906
Date: 05/14/2025
Due On: 06/13/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kevin Laroy Russell

### 05549-Russell Kevin Laroy

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 01/01/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/01/2025 | Reviewed current invoice and completed Lodestar Analysis. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/01/2025 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing summary; drafted Notice, Affidavit, and proposed Order. | 0.20 | $0.00 | $0.00 |
| Service | JC | 01/01/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/01/2025 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/02/2025 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/02/2025 | Reviewed voicemail from debtor requesting a call back. Forwarded voicemail to CO. | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/06/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-51703-KMS OneMain Financial Group, LLC Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | CO | 01/08/2025 | Call Debtor: Phone conference with debtor following up on my request for bank statements to forward to their trustee. Debtor stated he needed a day or two to gather them for us. Told debtor I would follow up Friday. | 0.10 | $100.00 | $10.00 |
| Service | CO | 01/09/2025 | Review and organize documents provided by debtor: Reviewed additional pay and bank submitted by debtor via e-mail; converted files and merged with existing documents; submitted all documents via online portal to trustee; organized in case file. | 0.60 | $100.00 | $60.00 |
| Service | JC | 01/09/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/14/2025 | Review: 24-51703-KMS Personal Financial Management Course (Certificate) Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 01/15/2025 | In-Office Conference: Setup video and assisted client with Meeting of Creditors - he attended in our Hattiesburg office | 0.30 | $0.00 | $0.00 |
| Service | TR | 01/15/2025 | Ch 13 Meeting of Creditors David Rawlings | 0.50 | $360.00 | $180.00 |
| Service | JAC | 01/17/2025 | Amend Plan - add special language to 8.1 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/24/2025 | Review: 24-51703-KMS Trustee's Objection to Confirmation of Plan Document# 16 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-51703-KMS Verizon Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51703-KMS PORTFOLIO RECOVERY ASSOCIATES, LLC Document # 5 | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/29/2025 | Review: 24-51703-KMS Order on Application for Compensation Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/30/2025 | Contact Debtor (Text/Email): Prepared Amended Plan for debtor's signature; drafted e-mail via Clio e- | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | sign to obtain debtor's signature on same. | | | |
| Service | CO | 01/30/2025 | Contact Debtor (Text/Email): Reviewed email from JC confirming it is a tax form needed to file their returns. Drafted email to debtor stating the same. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 24-51703-KMS Wilmington Savings Fund Society, et al Document # 6 | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/31/2025 | Contact Debtor (Text/Email): Drafted text message to debtor regarding signing Amended Plan. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/01/2025 | Review: Proof of Claim 24-51703-KMS Wilmington Savings Fund Society, et al Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/03/2025 | Reviewed Amended Plan executed by debtor; revised through Best Case adding debtor's e-signature and date executed; reviewed Fay Servicing POC; drafted Notice of modified plan; drafted memo to JAC attaching same for her review. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/04/2025 | review & approve drafted notice prepared by jc | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/04/2025 | Reviewed memo from JAC regarding Notice of modified plan; revised same; prepared Notice with Modified Plan for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | BM | 02/04/2025 | Review: Proof of Claim 24-51703-KMS Gulfco of Mississippi, LLC Document # 7. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/05/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/05/2025 | Review: Proof of Claim 24-51703-KMS Gulfco of Mississippi, LLC Document # 7 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/05/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | CO | 02/06/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor stating we reviewed their documents and the amount discrepancy on the forms they sent is due to the forms being for different tax years. Relayed to debtors the mortgage company was not trying to claim they owed them more money. | | | |
| Service | JC | 02/12/2025 | Reviewed e-mail memo from CO informing debtor wants to meet to have IRS document explained; reviewed calendar and drafted reply giving her a date for a meeting for her to set up an appointment with the debtor. | 0.10 | $155.00 | $15.50 |
| Service | CO | 02/12/2025 | Review and respond to email memo: Reviewed email memo from JC instructing to schedule the debtors for an in office appointment. Drafted email to debtors inquiring if they would be available to come in February 19 to speak to JC. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/13/2025 | Review and respond to email memo: Reviewed email stating the appointment date seemed fine but wife needed to confirm with their spouse. Drafted email response asking if their phones had been reconnected and if not, requesting they advise on the best method to communicate with them. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/13/2025 | Contact Debtor (Text/Email): Reviewed email confirming the appointment time with JC. Added the event to the calendar and emailed debtor informing them it was on the calendar. | 0.20 | $100.00 | $20.00 |
| Service | JC | 02/24/2025 | Reviewed 2023 and 2024 Form 1098, Fay Servicing POC, and Amended Plan to try to determine why the 1098 forms were so different in amounts to be able to explain to debtor when he comes for conference on same; could not figure it out; drafted e-mail memo to TR attaching all documents for his review and advice. | 0.50 | $155.00 | $77.50 |
| Service | VM | 02/26/2025 | Incoming Call: Mrs. Russell called to reschedule Meeting with paralegal to Monday. Drafted memo to JC. | 0.20 | $100.00 | $20.00 |
| Service | TR | 02/26/2025 | Review question from client regarding why his tax documents show that he | 0.20 | $360.00 | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | paid more mortgage interest in 2023 than 2024 - drafted response explaining how interest rates work. | | | |
| Service | JC | 02/26/2025 | Call Debtor: Reviewed e-mail from TR explaining the difference in 2023 and 2024 Form 1098; called and spoke to debtor and NFS; NFS said their concern is they just got the 2023 form this year and they did not file it on their taxes before; she said the IRS won't talk to them because they are in BK; informed her to talk with their CPA about what to do, and if we need to do anything, to call us back. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/04/2025 | Review: 24-51703-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/06/2025 | Review: 24-51703-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/11/2025 | Review: 24-51703-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/12/2025 | Email Sam Duncan re: TT Obj to Conf | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/12/2025 | Review: 24-51703-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/17/2025 | Review: 24-51703-KMS Minute Entry (CHAP) Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/17/2025 | Review: 24-51703-KMS Order on Objection to Confirmation Document# 27 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/20/2025 | Review: 24-51703-KMS Order Confirming Chapter 13 Plan Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | CO | 03/24/2025 | Incoming Call: Phone conference with debtor to review the order to the trustee's objection to the debtor's plan. Informed debtor the order meant the objection was withdrawn and the plan was confirmed. Advised they would receive the notices stating that in the next couple of weeks. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/04/2025 | Review: 24-51703-KMS Notice of | 0.10 | $360.00 | $36.00 |

|         |     |            | Postpetition Mortgage Fees, Expenses, and Charges Document# 32 |      |          |         |
|---------|-----|------------|---|------|----------|---------|
| Service | SA  | 04/09/2025 | Incoming Call: Wife of ∆ called to inquire if they needed to provide any documents when they file their taxes; reviewed matter and didn't see any tasks indicating they would; advised her that I would let the paralegal know they will be filing today and we would follow up if anything is needed from them; drafted email to JC to advise. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/10/2025 | Review: 24-51703-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/10/2025 | Review: 24-51703-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | VM  | 04/17/2025 | Incoming Call: Debtor's wife called in regards to a letter she received in the mail, she was concerned due to it saying she owned property in Arkansas...requested she send copy to CO for review. | 0.10 | $100.00 | $10.00 |
| Service | CO  | 04/27/2025 | Reviewed email from debtor with photos of court notices including 5 pages total but the notices are from two different bankruptcy cases. Reviewed best case and NDC to find the other bankruptcy case. Could not pull the other cases' court docket because it is a case filed in Arkansas. | 0.10 | $100.00 | $10.00 |
| Service | JC  | 04/28/2025 | Call Debtor: Reviewed Notice of Post-Petition Mortgage Fees submitted by debtor's wife; called debtor, no answer; called wife; I explained to her that the Objection to Confirmation page that was included with the Notice was not part of the Notice, that it had a case number from Arkansas BK Court and a different debtor's name; explained that it was probably inadvertently added in the mailing; she said she understood and that they have never owned property in Arkansas and were confused. | 0.20 | $155.00 | $31.00 |
| Service | TR  | 05/12/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC  | 05/14/2025 | Reviewed 1st Application, Order, and | 0.30 | $155.00 | $46.50 |

|  |  |  | Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation. |  |  |  |
|---|---|---|---|---|---|---|
| Service | JC | 05/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
|  |  |  |  | **Services Subtotal** |  | **$1,697.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/02/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $23.94 | $23.94 |
| Expense | 05/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $23.52 | $23.52 |
|  |  | **Expenses Subtotal** |  |  | **$47.46** |

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
|  | Jennifer Curry Calvillo | Attorney | 2.0 | $360.00 | $720.00 |
|  | Jennifer Curry Calvillo | Attorney | 0.2 | $0.00 | $0.00 |
|  | Thomas Rollins | Attorney | 1.2 | $360.00 | $432.00 |
|  | Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
|  | Shaton Andrews | Non-Attorney | 0.2 | $100.00 | $20.00 |
|  | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
|  | Jacki Curry | Non-Attorney | 2.0 | $155.00 | $310.00 |
|  | Jacki Curry | Non-Attorney | 0.8 | $0.00 | $0.00 |
|  | Vanessa Martinez | Non-Attorney | 0.3 | $100.00 | $30.00 |
|  | Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
|  | Breanne McDaniel | Non-Attorney | 0.2 | $0.00 | $0.00 |
|  | Clara Ortega | Non-Attorney | 1.6 | $100.00 | $160.00 |
|  | Kirsten Raimey | Non-Attorney | 0.3 | $0.00 | $0.00 |
|  |  |  |  | **Subtotal** | **$1,744.96** |
|  |  |  |  | **Total** | **$1,744.96** |

Invoice # 7906 - 05/14/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7396 | 01/31/2025 | $2,329.55 | $0.00 | $2,329.55 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7906 | 06/13/2025 | $1,744.96 | $0.00 | $1,744.96 |

| | |
|---|---|
| **Outstanding Balance** | **$4,074.51** |
| **Total Amount Outstanding** | **$4,074.51** |

5/14/25, 12:38 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `5`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `14`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 35 |
| Date and Time: | Wed May 14 2025 12:38:12 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 70 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                          13.3 |
| Postage Cost: | $                            10.219999999999999 |
| Total Cost: | $                                         23.52 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED