B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## For The Southern District of Mississippi

In re:  Case No. 24-51703-KMS

KEVIN LAROY RUSSELL AKA KEVIN L RUSSELL

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust | Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Court Claim # (if known):  6-1
Amount of Claim:  4,260.89
Date of Claim Filed:  01/30/2025

Phone: 800-603-0836
Last Four Digits of Acct #: 3326

Phone: (312) 291-3781
Last Four Digits of Acct #: 0103

Name and Address where transferee payments should be sent (if different than above):
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 3326

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti, Authorized Representative of Creditor   Date: September 23, 2025

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


323 5TH ST
EUREKA CA 95501

(800) 603-0836 / (707) 443-1562 (fax)
Para Espanol, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #▮
Branch Office NMLS #▮

KEVIN L RUSSELL
TAMMY LYNN RUSSELL
649 PIAVE CHURCH RD
RICHTON MS  39476-7846

Reference: ▮

**SN Servicing Corporation is a debt collector.** We are trying to collect a debt that you owe to LB-Igloo Series VI Trust. We will use any information you give us to help collect the debt.

| **Our information shows:** | | **How can you dispute the debt?** |
|---|---|---|
| You had a residential loan from Nomura with account number ▮ | | • **Call or write to us by October 17, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct. |
| *See the enclosed periodic statement for an itemization of the debt.* | | • **If you write to us by October 17, 2025**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. Please note that all written disputes require a signature for authentication. |
| **Total amount of the debt now:** | $3,982.67 | |

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by October 17, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

**Other Important Information**

The current amount of the debt shown above may increase or vary due to interest, fees, or other charges. This is not the amount to pay off your loan.

**Continued on next page**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SN SERVICING CORPORATION

**Customer Service: (800) 603-0836**

**Mail this form to:**
SN Servicing Corporation for LB-Igloo Series VI Trust
323 5TH STREET
EUREKA CA 95501

KEVIN L RUSSELL
TAMMY LYNN RUSSELL
649 PIAVE CHURCH RD
RICHTON MS  39476-7846

**How do you want to respond?**
*Check all that apply:*

☐ **I want to dispute the debt because I think: (Check all that apply and sign your name on the signature line below.)**

☐ This is not my debt.

☐ The amount is wrong.

☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **Quiero este formulario en español.**

Signature: _____

**Attention all Borrowers**
If You Have Filed Bankruptcy Or Have Received A Discharge In A Bankruptcy Proceeding, This Letter Is Not A Demand For Payment But For Informational Purposes Only And As Notice Of Our Interests As The Holders Of The Lien.  This Is Not An Attempt To Seek Collection Of A Debt That Has Been Discharged. It Does Not Constitute A Notice Of Personal Liability For A Discharged Debt Or Request Reaffirmation.



1601 LBJ Freeway
Suite 150
Farmers Branch, TX 75234

KEVIN L RUSSELL
TAMMY LYNN RUSSELL
649 PIAVE CHURCH RD
RICHTON, MS 39476-7846

**MORTGAGE STATEMENT**

Statement Date:   August 18, 2025

 Mobile App: Available in Apple and Google app stores. Download today!
Online:  www.fayservicing.com

 8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday,
Operating hours are Central Time
Phone: (800) 495-7166

 **Payments:**
Attn: Payment Processing PO Box 88009
Chicago, IL 60680-1009

| | |
|---|---|
| Loan Number: | |
| Payment Date: | 09/09/2025 |
| **Payment Amount:** | **$3,550.23** |

Property Address:
649  PIAVE CHURCH RD
RICHTON, MS 39476

### Account Information

| | |
|---|---|
| Loan Due Date | 07/09/2024 |
| Outstanding Principal Balance[1] | $3,030.68 |
| Deferred Balance | $276.67 |
| Interest Rate | 11.740% |
| Prepayment Penalty | No |
| Escrow Balance | -$62.38 |
| Recoverable Corporate Advances | $300.00 |

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Monthly Post-Petition Payment** | **$0.00** |
| Overdue Post-Petition Payment(s) | $3,250.23 |
| Total Post-Petition Fees or Charges | $0.00 |
| Recoverable Corporate Advance Balance | $300.00 |
| Suspence (Unapplied Funds) | ($0.00) |
| **Total Payment Amount** | **$3,550.23** |

*The Payment Amount does not include any amount that was past due before you filed for bankruptcy.*

### Transaction Activity (07/18/25 - 08/18/25)    *** HISTORY CONTINUED ON PAGE 2 ***

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 07/22/25 | PAYMENT APPLIED | $0.00 | $0.00 | $0.00 | $0.00 | $37.67 | $94.46 | $132.13 |
| 07/22/25 | PAYMENT APPLIED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26.28 | $26.28 |

If you recently submitted a payment on or after the statement date, the transactions activity will not be reflected on this statement.

### Bankruptcy Messages

**Our records show that you are a debtor in bankruptcy. This statement is being sent to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
**If you want to stop receiving statements, please write to us at Attn: Customer Service Department,  Fay Servicing,  P.O. Box 815548, Farmers Branch, TX 75381.**

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $139.51 | $800.38 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $37.67 | $324.64 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$177.18** | **$1,125.02** |

### Important Messages

**We have not received all mortgage payments scheduled since you filed for bankruptcy.**
The information disclosed in this mortgage statement may not include payments you have made to the Trustee; therefore, the information may not be  consistent with the Trustee's records.
**\* Partial Payments**: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
Fees listed may include interest payments received from the Trustee per the terms of a Plan or local rules applicable in the bankruptcy case. To obtain detail regarding fees received by the Trustee, please contact your attorney or Trustee.

**If you are experiencing financial difficulty:**  See back for information about mortgage counseling assistance.

### Summary of Amounts Past Due Before Filing (Pre-Petition Arrearage)

| | | |
|---|---|---|
| Paid Since Last Statement | $139.51 | This box shows amounts that were past due when you filed for bankruptcy. The amounts may include other allowed amounts on the mortgage loan and do not include post-petition payments. Please note that the amounts may change once a proof of claim has been filed and your bankruptcy plan has been confirmed. |
| Total Paid During Bankruptcy | $800.38 | |
| Current Balance | $3,460.51 | |

*Please detach bottom portion and return with your payment.*

---

### Payment Amount

| | |
|---|---|
| Loan Number | |
| Borrower | KEVIN L RUSSELL |
| Co-Borrower | TAMMY LYNN RUSSELL |
| **Payment Amount** | **$3,550.23** |
| Payment Date | 09/09/2025 |

**Please write your loan number on your check or money order.**

**Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.**

### PAYMENT COUPON

| | |
|---|---|
| Payment Amount | **$3,550.23** |
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Fees | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



Attn: Payment Processing PO Box 88009
Chicago, IL  60680-1009

| **Payments by Phone** | **Payments Online** | **Payments via Overnight or Express Mail, and/or for Principal Curtailment or Escrow only** | **Correspondence** |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX  75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway<br>Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day. Mail 4:00 p.m. CST Web or pay by phone 9:00 p.m. CST.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID ▇▇▇▇) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

Fay Servicing, LLC utilizes third-party providers in connection with the servicing of your loan, but Fay Servicing, LLC remains responsible for all actions taken by third-party providers.

**CREDIT REPORTING**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Direct Dispute of credit reporting, Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
**Attn: Customer Service Department**
Attn: Customer Service Department, Fay Servicing, P.O. Box 815548
Farmers Branch, TX 75381

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.
For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.



**Statement Date:** August 18, 2025

Loan Number: ▆▆▆▆▆▆▆▆

▆▆▆▆▆▆
KEVIN L RUSSELL
TAMMY LYNN RUSSELL

**CONTINUED FROM THE FIRST PAGE**

| Transaction Activity (07/18/25 - 08/18/25) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
| 07/22/25 | PAYMENT APPLIED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.95 | $8.95 |
| 07/22/25 | PAYMENT APPLIED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.82 | $9.82 |
| 07/24/25 | PRINCIPLE REDUCTION PAYMENT | $139.51 | $0.00 | $0.00 | $0.00 | $0.00 | -$139.51 | $0.00 |



**SN SERVICING CORPORATION**
323 5TH ST
EUREKA CA 95501

(800) 603-0836 / (707) 443-1562 (fax)
Para Espanol, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #█████
Branch Office NMLS #█████

KEVIN L RUSSELL
TAMMY LYNN RUSSELL
649 PIAVE CHURCH RD
RICHTON MS  39476-7846

September 5, 2025

RE: **New Loan Number:** ██████████
Old Loan Number: ██████████
Collateral: 649 PIAVE CHURCH ROAD; RICHTON MS

As stated in previous correspondence, the servicing of your mortgage loan has been transferred from Fay Servicing, LLC to SN Servicing Corporation for LB-Igloo Series VI Trust effective August 22, 2025

If your loan is secured by real estate, please contact your insurance carrier to have the mortgagee clause changed to the following:

**SN Servicing Corp
ISAOA ATIMA
P.O. Box 35
Eureka, CA 95502**

Please have your insurance carrier forward a copy of your insurance policy with the mortgagee clause change to our Escrow Department at the address shown above.  If your property is located in a flood hazard zone, which starts with an "A" or "V", we will also require a copy of your flood insurance policy.

If you or your insurance carriers have any questions, please contact Trent Washington at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m., Pacific Time.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt.  Any information obtained by us will be used for that purpose.  However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:*  Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally.  If these circumstances apply, this notice is not intended as a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

***SN Servicing Corporation for LB-Igloo Series VI Trust***
Escrow Department

Rev. 01.24

| FACTS | WHAT DOES SN SERVICING CORPORATION (SNSC) DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and account balances<br>■ transaction history and credit history<br>■ credit scores and mortgage rates and payments<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons SN Servicing Corporation chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does SN Servicing share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | Do any of the following:<br>■ Call toll free: **800-603-0836**<br>■ Visit our Borrower Web Site:  **https://borrower.snsc.com**<br>■ Mail the **form** below<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call **800-603-0836**  or  go to SNSC's borrower website at: **https://borrower.snsc.com** |

✂ ---------------------------------------------------------------------------------------------------------------------------------

| Mail-in Form | |
|---|---|
| | Mark any/all you want to limit:<br>❑ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.<br>❑ Do not allow your affiliates to use my personal information to market to me.<br>❑ Do not share my personal information with nonaffiliates to market their products and services to me. |

| Name | | **Mail to:** |
|---|---|---|
| Address | | SN Servicing Corporation |
| | | 323 5th Street |
| City, State,  Zip | | Eureka, CA 95501 |
| Account # | | |

| What we do | |
|---|---|
| **How does SN Servicing Corporation protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards, secured files and buildings. |
| **How does SN Servicing Corporation collect my personal information?** | We collect your personal information, for example, when you<br>■ give us your income information or provide account information<br>■ give us your contact information or pay us by check<br>■ provide your mortgage information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>■ sharing for affiliates' everyday business purposes—information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>Our affiliates include companies with a "Security National" or "SN" common corporate identity and other financial companies including, but not limited to:<br><br>Alaska Eastern Partners, A Limited Partnership   SN Liquidating Trust 2011-A<br>Alaska Louisiana Partners, A Limited Partnership  SN Mortgage Loan Trust<br>Security National Funding Trust                          Statewide Mortgage Loan Trust<br>Security National Mortgage Loan Trust            Sequoia Funding Trust |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>■ Nonaffiliates we can share with include other mortgage companies, insurance companies, credit bureaus, direct marketing companies, and rating agencies. |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>■ Our joint marketing partners include banks, mortgage companies, and other lenders. |

| Other important information |
|---|

**State Laws** - Our privacy and information sharing practices are in accordance with federal and state laws. California, Nevada and Vermont state laws limits the sharing personal information for their residents. We will not share personal information about California, Nevada or Vermont residents with non-affiliated third parties (Box 3) except as permitted by law. In the future if other states adopt privacy laws more restrictive than those under current federal or state law, SNSC will comply with those new laws.

**California**: If you have a California address, we will treat your account as if you opted out from sharing information with affiliated and non-affiliated companies, where prohibited California law. For more information on your rights under the California Privacy Rights Act, please use the following link to our website: https://borrower.snsc.com/CCPA.aspx

**Oregon**: Borrower: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (servicer's toll-free phone number and email, if applicable). To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**Nevada**: If you have a Nevada address, we do not share your information with non-affiliated third parties (Box 3). You may wish to further restrict the sharing of information by sending in the Privacy Form with Box 1 and 2 marked.

Please call the toll-free SNSC customer service number if you wish for SNSC to include you in our internal do not call registry. If you would like guidance about Nevada's law regarding corporate do-not-call registries, please contact the *Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington Street, Suite 3900, Las Vegas, Nevada 89101*; Phone: (702) 486-3132, Email: BCPINFO@ag.state.nv.us.

**New York**: SNSC may utilize third-party providers and shall remain responsible for actions taken by these providers.

**Texas:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

**Vermont:** If you have a Vermont address, we will treat you as if you opted-out of sharing your information with affiliated or non-affiliated entities on the mail-in Privacy Form (Boxes 1, 2 and 3).

## SN SERVICING CORPORATION - FEE SCHEDULE (Effective: 9/1/2022)

Main Office: NMLS ID #▮▮▮▮▮   Branch Office: NMLS ID #▮▮▮▮▮

*The following is a list of fees and charges that, subject to applicable laws or the documents evidencing your loan, may be imposed in connection with the servicing of your loan. Please note that the fees listed below are subject to change.*

| FEE | AMOUNT | DESCRIPTION |
|---|---|---|
| **Late Charge Fee** | Refer to loan documents | Penalty the homeowner pays when a mortgage payment is made after the due date grace period. %/Amount stated in Note and/or Security Agreement and subject to state law limits. |
| **NSF or Dishonored Check Fee** | Varies | Fee charged when a payment by check is returned as not paid by your bank because of insufficient funds in the checking account. *State law may dictate fee.* |
| **Prepayment Fee** | Refer to loan documents | Loan documents may require you to pay an additional fee if you pay off your loan in advance of the maturity date. |
| **Property Inspection Fee** | $20-$35 | Fee charged if the loan is in default and we can not make contact with you to determine the condition of the property, in accordance with HUD Guidelines, where applicable. |
| **Broker Price Opinion Fee** | $89.00 - $195.00 | Fee charged for determining the value and condition of the property when loan payments are past due, in accordance with HUD Guidelines, where applicable. |
| **Appraisal Fee** | $195.00 - $555.00 | Fee charged for appraisal used to determine the value and condition of the property. The appraiser vendor costs are passed through to you without mark-up by us - you are charged actual costs. |
| **Title Search Fee** | $130.00 | Fee paid to third party for title searches required by lender or guarantor for loss mitigation reviews. |
| **Foreclosure Attorney Fees and Costs** | Varies | Fees and costs associated with protection of collateral. Foreclosure attorney fees and costs will vary by filing type and are limited to the actual fees and costs, and are charged in acccordance with Fannie Mae guidelines, where applicable. *State law may limit costs*. |
| **Bankruptcy Attorney Fees and Costs** | Varies | Fees and costs associated with preserving obligation. Bankruptcy attorney fees and costs will vary by bankruptcy chapter type and are limited to actual fees and costs, and are charged in accordance with Fannie Mae guidelines, where applicable. |
| **Property Preservation Costs** | Varies | Fees required to preserve the property. Will vary according to each situation and required expenses, and are limited to actual fees and costs. |
| **Verification of Mortgage** | $10.00 | Fee required to provide a documentation of the monthly payment history, account balance, and history of loan to a third party. *State law may dictate the fee amount, and these will only be charged where permitted by state law.* |

**The fees shown below will be imposed for services that you request.**
**You will be asked to agree to pay these charges at the time you request the service.**

| FEE | AMOUNT | DESCRIPTION |
|---|---|---|
| **Express Mail Fee** | Actual charge | Actual charge from delivery service provider (such as UPS or FedEx) for expedited delivery of documents. |

**No charge for any of the following services:**

| | | |
|---|---|---|
| Duplicate Annual Statement | Online Payment Processing | Check-by-Phone Payment Processing |
| Fax Fee | Loan Modification | Payment History |
| Loss Mitigation Processing | Payoff Statement Fee | Copy of loan documents |
| | Amortization Schedule | |

**These disclosures are provided for informational purposes and should not be considered as an attempt to collect a debt. If you have received a discharge in bankruptcy and this debt was not reaffirmed, this correspondence is not an attempt to collect the debt as a personal liability.**



# EFT Authorization

Please complete all information below and fax to SNSC at _____

*Please be advised that processing will take 1-3 business days from the scheduled payment date.*

## A. Your SNSC Loan

| SNSC Loan Number | |

## B. Your Financial Institution

| Bank Name | |
| Bank Address | |
| Bank City, State Zip | |

## C. Your Checking* Account

| Name(s) On Account | |
| ABA Transit/Routing Number | |
| Account Number | |

\* Note - SNSC can only withdraw payments from Checking accounts, not Savings, Money Market, etc.

## D. Payment Options - CHOOSE ONLY ONE OPTION BELOW

☐ Yes, I authorize a one-time payment of $_____ on (date) _____.

☐ Yes, I authorize SNSC to debit my checking account for my loan payment on the _____ of each month in the amount of: $_____ starting (month)_____ of (year) _____.

## E. Authorization

This authorization will remain in effect until SNSC has received written notification of its termination or modification from me.  I understand that any modification to this authorization must be in writing in such a time and manner as to afford SNSC a reasonable opportunity to act.

| Signature | | Date | |

To receive email notifications, please provide your email address: _____

*SNSC Asset Managers: Fill in Name, Loan No and dollar amounts.  Send two copies to Customer – for their records and one to return.*

Version 2011-03



**SN SERVICING CORPORATION**
323 5TH ST
EUREKA CA 95501

(800) 603-0836 / (707) 443-1562 (fax)
Para Espanol, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #▮▮▮▮
Branch Office NMLS #▮▮▮▮

KEVIN L RUSSELL
TAMMY LYNN RUSSELL
649 PIAVE CHURCH RD
RICHTON MS  39476-7846

September 5, 2025

RE: **New Loan Number:** ▮▮▮▮▮▮▮▮▮▮
Old Loan Number: ▮▮▮▮▮▮▮▮▮▮
Collateral: 649 PIAVE CHURCH ROAD; RICHTON MS

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred.  If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605).  When a state law requires this notice, this notice is being provided to you under state law.  When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Fay Servicing, LLC to SN Servicing Corporation for LB-Igloo Series VI Trust, effective August 22, 2025.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing.  Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Fay Servicing, LLC, 1601 Lyndon B Johnson Fwy Ste 150, Farmers Branch, TX 75234-6519. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (800) 495-7166 Mon-Thur 8:00 am to 7:00 pm, Fri 8:00 am to 5:00 pm, Sat 9:00 am to 12:00 pm CT.  This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Trent Washington at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is August 21, 2025.  The date that your new servicer will start accepting payments from you is  August 22, 2025.  Send all payments on or after August 22, 2025 to your new servicer.

**Make your payments payable to:**     SN Servicing Corporation

**Mail your payments to:**     SN Servicing Corporation
PO BOX 660820
DALLAS, TX 75266-0820

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage.  You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

***SN Servicing Corporation for LB-Igloo Series VI Trust***
Customer Service Department